**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6667**

———————

CARL LEE ROBINSON, JR.,

Plaintiff - Appellant,

versus

R. WELLMAN; FRANK O'NEAL; MARVIN POLK; EDDIE
MCKOY; B. CORRELL,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever III,
District Judge.  (5:06-ct-03102)

———————

Submitted:  July 18, 2007            Decided:  July 26, 2007

———————

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Carl Lee Robinson, Jr., Appellant Pro Se.  Elizabeth F. Parsons,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Lee Robinson, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action without prejudice for failure to exhaust administrative remedies, and denying his motion for preliminary injunction, motion to amend his complaint and requests for discovery as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Robinson v. Wellman, No. 5:06-ct-03102 (E.D.N.C. Apr. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED